Form a0nprfcl

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

In Re: Neil E. Robinson
       Nichole M. Robinson
            Debtor(s)
SSN/TAX ID:
    xxx−xx−5320
    xxx−xx−2062

Case No.: 2:16−bk−54837

Chapter: 13

Judge: C. Kathryn Preston

### NOTICE OF FILING OF PROOF OF CLAIM

To: Ohio Dept. of Job and Family Services

Pursuant to Bankruptcy Rule 3004, you are notified that the debtor(s) or Trustee filed a proof of claim on your behalf in the above referenced case.

The proof of claim is available for inspection in the Clerk's Office:

United States Bankruptcy Court
Southern District of Ohio
170 North High Street
Columbus, OH 43215−2414

This proof of claim is referred to as claim # 5

Dated: November 21, 2016

FOR THE COURT:
Kenneth Jordan
Clerk, U.S. Bankruptcy Court